◼ The People of the State of New York, Respondent, v Phillip Miller, Appellant. [4 NYS3d 548]—

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Chun, J.), imposed January 29, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid and, thus, does not preclude review of his excessive sentence claim (*see People v Lopez*, 6 NY3d 248 [2006]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.